# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☐ Under Seal

**Judge Assigned:** Lee

City: Alexandria | Superseding Indictment: | **Criminal No.** 1:16-CR-201

County: Alexandria | Same Defendant: | New Defendant:

Magistrate Judge Case No. 1:16-MJ-00279 | **Arraignment Date:**

Search Warrant Case No. | R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Kyler George Schmitz | Alias(es): | ☐ Juvenile  FBI No.

**Address:** XXXXXXXXXXXXXXXX, Alexandria, VA 23303

Employment: Uber driver

**Birth Date:** XXXX/1988 | **SSN:** XXXX-1049 | Sex: Male | Race: Caucasian | Nationality: USA

**Place of Birth:** Minnesota | Height: 5'09 | Weight: 155 | Hair: Brown | Eyes: Green | Scars/Tattoos:

☐ Interpreter  **Language/Dialect:** English | Auto Description:

## Location/Status:

**Arrest Date:** 6/24/2016 | ☐ Already in Federal Custody as of: | in:

☐ Already in State Custody | ☒ On Pretrial Release | ☐ Not in Custody

☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested

☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond

## Defense Counsel Information:

**Name:** Geremy Kamens | ☒ Court Appointed | Counsel Conflicts:

Address: 1650 King St., Suite 500 | ☐ Retained

Phone: (703) 600-0800 | ☒ Public Defender | ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Alex P. Berrang and Kellen Dwyer | **Phone:** 703-299-3769 | Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

SA Lawrence Anyaso, U.S. Capitol Police

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 875(c) | Interstate Threatening Communication | 1-5 | Felony |
| Set 2: | | | | |

**Date:** 9/6/16 | **AUSA Signature:** *Alexander P. Berrang* | *may be continued on reverse*