# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-CR-201 |
| Kyler George Schmitz | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kyler George Schmitz.

Date: 09/26/0201

/s/ Eric R. Nitz
*Attorney's signature*

Eric R. Nitz (VA# 82471)
*Printed name and bar number*

MoloLamken LLP
600 New Hampshire Ave., N.W., Suite 660
Washington, D.C. 20037
*Address*

enitz@mololamken.com
*E-mail address*

(202) 556-2021
*Telephone number*

(202) 536-2021
*FAX number*