Date: 9-21-16  Judge: Lee  Reporter: Renecia Wilson

Time: 11:35 To 11:53, 15 min. recess  Interpreter:
Taken for gov't review of Add'l Stmt of Facts + 12:08-

UNITED STATES of AMERICA  Case Number: T-16CR801

## vs.

Kyler George Schmitz  Alexander Berrang

Defendant's Name  Counsel for Government

Counsel for Defendant: Geremy Kamens + pro bono counsel Eric R. Nitz

Matter called for: ( ) Motions ( ) Setting Trial Date ( ) Change of Plea Hrg. ( ) Rule 35 ( ) Arraignment

( ) Magistrate Appeal ( ) Sentencing ( ) Rule 20 & Plea ( ) Supervised Release Viol. Hrg.

( ) Pre-Indictment Plea ( ) Plea ( ) Other: _____

Defendant appeared: (✓) in person ( ) failed to Appear (✓) with Counsel ( ) without counsel ( ) through counsel

Filed in open court: ( ) Information (✓) Plea Agreement (✓) Statement of Facts ( ) Waiver of Indictment ( ) Discovery Order

(✓) Additional Statement of Facts → to which gov't objects

Arraignment & Plea:

(✓) WFA ( ) FA (✓) PG ( ) PNG  Trial by Jury: ( ) Demanded (✓) Waived

_____ Days to file Motions with Argument on _____ at _____

Defendant entered Plea of Guilty as to Count(s) 4 of Indictment  Court Accepted Plea ( )

Motion for Dismissal of Count(s) 1-3, + 5  (✓) by U.S. ( ) by Deft. ( ) Order entered ( ) To Follow

Defendant directed to USPO for PSI: (✓) Yes ( ) No

Case continued to Dec. 16, 2016 at 9:00 a.m. for: ( ) Jury Trial ( ) Bench Trial (✓) Sentencing

Rule 35: US' Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied;

Sentence of _____ months heretofore imposed is reduced to a term of _____

_____

Probation/Supervised Release Hrg: Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised

release; Court: ( ) finds ( ) does not find  defendant in violation of conditions of probation/supervised release.

Dft committed to custody of the US Atty General to serve a term of : _____ Months; ( ) Supervised Release terminated

Δ requested that the Add'l. Stmt. of Facts be filed at (by 3143) Hrg. on Detention
the time of the sentencing.  Gov't pos: Mandatory detention is required. Δ obj. + stated the exceptional circumstances. Findings Stated

All Exhibits must be filed with the Clerk _____ days prior to trial

Bond Set at: $_____ ( ) Unsecured ( ) Surety ( ) Personal Recognizance

( ) Release Order Entered ( ) Deft. Remanded ( ) Deft. Released on Bond (✓) Deft. Continued on Bond

Defendant is: ( ) In Custody ( ) Summons Issued (✓) On Bond ( ) Warrant Issued ( ) 1st appearance