# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Case No: 1:16-CR-201** |
| **v.** ) | |
| ) | **Hon. Gerald B. Lee** |
| **KYLER GEORGE SCHMITZ** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF FILING OF DEFENDANT'S MOTION TO SEAL

The defendant, Kyler Schmitz, through counsel, has this day filed the Defendant's Motion to Seal, Non-Confidential Memorandum in support thereof, and Proposed Order, pursuant to Local Criminal Rule 49(E).

                                                                      Respectfully submitted,
                                                                      Kyler Schmitz
                                                                       By Counsel,

                                                                       ___/s/_____
                                                                       Geremy C. Kamens, Esq.
                                                                       Va. Bar No. 41596
                                                                       Federal Public Defender
                                                                       Attorney for Defendant
                                                                       1650 King Street, Suite 500
                                                                       Alexandria, Virginia   22314
                                                                       (703) 600-0800 (telephone)
                                                                       (703) 600-0880 (facsimile)
                                                                       Geremy_Kamens@fd.org(email)

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2016, I will electronically file the foregoing with the Clerk of court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Alexander Berrang
>Assistant U.S. Attorney
>United States Attorney's Office
>2100 Jamieson Avenue
>Alexandria, VA 22314
>Tel: (703) 299-3700
>Fax: (703) 299-3980
>Alexander.Berrang@usdoj.gov

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the forgoing pleading will be delivered to Chambers within one business day of the electronic filing.

>      /s/
>Geremy C. Kamens, Esq.
>Va. Bar No. 41596
>Federal Public Defender
>Attorney for Defendant
>1650 King Street, Suite 500
>Alexandria, Virginia   22314
>(703) 600-0800 (telephone)
>(703) 600-0880 (facsimile)
>Geremy_Kamens@fd.org(email)